IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

J-A-S-L,

Petitioner,

v.

JULIO HERNANDEZ, *et al*,

Respondents.

Case No.: 3:26-cv-02062-AN

JUDGMENT

Based on the stipulation of the parties, ECF No. 4,

This case is transferred to the United States District Court, Western District of Washington.

IT IS SO ORDERED.

DATED this 6th day of October, 2026.

Adrienne E Nelson

Adrienne Nelson
United States District Judge